**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHELLE R. JOHNSON** | **CIVIL ACTION** |
| versus | **NO. 14-1696** |
| **JAMES ROGERS, WARDEN** | **SECTION: "C"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's Objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Michelle R. Johnson** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26 day of _____, 2015.

**UNITED STATES DISTRICT JUDGE**